HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Company,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>COINSTAR, INC., a Delaware Company; REDBOX AUTOMATED RETAIL, LLC,<br><br>　　　　　　　　　Defendants. | NO.  2:13-CV-01015 TSZ<br><br>STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE<br><br>**NOTED FOR HEARING:**<br>**August 26, 2013** |

### STIPULATION

COME NOW the parties hereto, by and through their respective counsel of record, and hereby jointly move the Court for entry of an order dismissing the lawsuit without prejudice and state as follows:

STIPULATION AND ORDER TO DISMISS ENTIRE
ACTION WITHOUT PREJUDICE - 1

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

1  IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, through their
2 designated counsel, that the above captioned action may be dismissed in its entirety without
3 further costs and without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

4  DATED this 23rd day of August, 2013.

ANDREWS ▪ SKINNER, P.S.

By: /s/*Stephen G. Skinner*
STEPHEN G. SKINNER, WSBA #17317
Email: Stephen.Skinner@andrews-skinner.com
A N D R E W S ▪ S K I N N E R ,  P . S .
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050
Attorney for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA

PERKINS COIE LLP

By: s/ *Nicholas P. Gellert*
NICHOLAS P. GELLERT, WSBA No. 18041
Email: NGellert@perkinscoie.com
JOHN S. ROSSITER, JR., WSBA No. 23876
Email: irossiter@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Attorneys for Defendants

STIPULATION AND ORDER TO DISMISS ENTIRE
ACTION WITHOUT PREJUDICE - 2

Andrews▪Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that that the above captioned action is dismissed in its entirety without further costs and without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

DATED THIS _____ day of _____, 2013.

                The Honorable Thomas S. Zilly

_____
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

ANDREWS ▪ SKINNER, P.S.

By: /s/*Stephen G. Skinner*
STEPHEN G. SKINNER, WSBA #17317
Email: Stephen.Skinner@andrews-skinner.com
A N D R E W S ▪ S K I N N E R ,  P . S .
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050
Attorney for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA

STIPULATION AND ORDER TO DISMISS ENTIRE
ACTION WITHOUT PREJUDICE - 4

A n d r e w s ▪ S k i n n e r ,  P . S .
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 ▪ Fax: 206-623-9050